NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY HOLLEY,        )
                       )
        Appellant,     )
                       )
v.                     )        Case No. 2D19-49
                       )
STATE OF FLORIDA,      )
                       )
        Appellee.      )
_____)

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

Anthony Holley, pro se.


PER CURIAM.

        Affirmed.  See Fla. R. App. P. 9.315; Carbajal v. State, 75 So. 3d 258 (Fla.

2011); Baker v. State, 878 So. 2d 1236 (Fla. 2004); State v. King, 426 So. 2d 12 (Fla.

1982); State v. Broom, 523 So. 2d 639 (Fla. 2d DCA 1988); Holley v. State, 128 So. 3d

111 (Fla. 4th DCA 2013); Farrell v. State, 62 So. 3d 20 (Fla. 1st DCA 2011); Branch v.

State, 990 So. 2d 585 (Fla. 3d DCA 2008); Thier v. State, 967 So. 2d 259 (Fla. 3d DCA

2007); Felton v. State, 919 So. 2d 557 (Fla. 5th DCA 2005).


MORRIS, BLACK, and ROTHSTEIN-YOUAKIM,JJ., Concur.